**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. JRR-25-310** |
| **MARTIN CORONADO-CONTRERAS,** | |
| **Defendant** | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Indictment (ECF No. 14) in the above-captioned case, the Defendant having been removed from the United States on or about November 16, 2025.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____
Digitally signed by VICTORIA LIU
Date: 2026.02.10 13:47:21 -05'00'

Victoria Liu
Assistant United States Attorney

It is so ORDERED, this _____ day of February 2026.  The Indictment (ECF No. 14) charging the above-captioned Defendant in the instant matter is hereby dismissed without prejudice.

_____
Honorable Julie R. Rubin
United States District Judge

1

## **CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing was filed with the Court via CM/ECF and electronic copy sent to all parties in the case.

Digitally signed by VICTORIA LIU
Date: 2026.02.10 13:48:02 -05'00'

Victoria Liu
Assistant United States Attorney

2